IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>              Plaintiffs,<br><br>   v.<br><br>THE SYNERGY COMPANY OF UTAH, LLC dba PURE SYNERGY.<br><br>              Defendant. | Civil Action No. 1:22-cv-10354 |

## NOTICE OF SETTLEMENT

Plaintiff Arnold Vargas hereby advises this Honorable Court that he has reached an agreement in principle with Defendant The Synergy Company of Utah, LLC dba Pure Synergy. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: April 26, 2022                        Respectfully Submitted,

                                                            BLOCK & LEVITON LLP

                                                             By:  */s/ Jason M. Leviton*
                                                             Jason M. Leviton, Esq. (BBO#678331)
                                                             260 Franklin Street, Suite 1860
                                                             Boston, MA 02110
                                                             Telephone: (617) 398-5600

                                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 26th day of April, 2022.

                                                            */s/ Jason M. Leviton*
                                                             Jason M. Leviton