UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ARNOLD VARGAS,**
    **Plaintiff,**

    v.                        **Civil Action No. 1:22-cv-10354-IT**

**THE SYNERGY COMPANY OF UTAH,**
**LLC,** *doing business as Pure Synergy*,
    **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The Court having been advised by counsel that the above-entitled action has been settled;

**IT IS ORDERED** that the action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

Dated: April 26, 2022                    /s/Danielle Kelly
                                                  Deputy Clerk